CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 14 2008

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HECTOR LOUIS GUILLEN, ) | Civil Action No. 7:07cv00236 |
| Plaintiff, ) | |
| ) | **FINAL ORDER ADOPTING REPORT** |
| v. ) | **AND RECOMMENDATION** |
| ) | |
| CHRIS BARTEE, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

Hector Louis Guillen brings this suit pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), with jurisdiction vested pursuant to 28 U.S.C. § 1331, claiming that he was denied medical case with regard to a fracture on his index finger. Defendants filed a motion to dismiss, or in the alternative, for summary judgment, and the court referred the matter to United States Magistrate Judge Michael F. Urbanski for a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge subsequently filed a report, finding that Guillen failed to demonstrate that the defendants acted with deliberate indifference and recommending that the court grant the defendants' motion for summary judgment. Neither party has filed objections. Having reviewed the Magistrate Judge's Report and Recommendation and pertinent portions of the record, the court agrees with the Magistrate Judge's recommendation.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety; defendants' motion for summary judgment is **GRANTED**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 17th day of March, 2008.

_____
United States District Judge